IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY P. ROBLES,<br><br>        Petitioner<br>  v.<br><br>WARDEN DUNCAN, et al.,<br><br>        Defendants                  / | No. C 00-1642 MMC (PR)<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

     Before the Court is petitioner Henry Roble's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. An evidentiary hearing was conducted on May 16, 2005. Elizabeth M. Falk, Deputy Public Defender, appeared on behalf of petitioner. Nancy Tung, Deputy Attorney General, appeared on behalf of respondent Warden Duncan.

     Having considered the papers filed in support and in opposition to the petition, the testimony presented at the hearing, and the arguments of counsel, the Court hereby GRANTS the petition for the reasons stated at the hearing. Petitioner shall be released from State custody, unless the State permits petitioner to file, within sixty days of the date of this order, a notice of appeal pursuant to Penal Code section 1237.5.

     The Clerk of the Court shall close the file.

     **IT IS SO ORDERED.**

Dated: May 17, 2005                                       /s/ Maxine M. Chesney
                                                                     Maxine M. Chesney
                                                                     United States District Judge